```
          UNITED STATES DISTRICT COURT FOR THE
            WESTERN DISTRICT OF NORTH CAROLINA
                    CHARLOTTE DIVISION
                       3:09CV207-W
```

DUANE S. CARSON,                     )
                                     )
    Plaintiff,                       )
                                     )
        v.                           )          O R D E R
                                     )
                                     )
MICHAEL J. ASTRUE, Commissioner      )
 of Social Security,                 )
                                     )
    Defendant.                       )
_____)

    **THIS MATTER** is before the Court on Plaintiff's "Application to Proceed Without Prepayment of Fees . . . ," filed May 26, 2009.

    In support of his Application, Plaintiff represents that he currently is not employed and has not been employed since 2004; that he has no bank accounts or anything of value; and that he has not received money from any source in the last twelve months.  In addition, Plaintiff lists various monthly expenses and two individuals who he claims are dependent upon him for support.

    Notwithstanding Plaintiff's representation of complete poverty, the Court has difficulty accepting that Plaintiff is able to survive without financial support from any source.  Consequently, the Court will not grant the instant Application to proceed in <u>forma pauperis</u>.  In the alternative, the Court will give

Plaintiff additional time in which to file a supplement to his Application. Such supplement should list all financial support which Plaintiff receives from any and every source, including state and federal government sources if any.

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. That the Court's ruling on Plaintiff's Application to Proceed Without Prepayment of Fees is **DEFERRED**;

2. That within fifteen (15) days of the date of this Order, Plaintiff shall file a supplement to his Application, providing complete information concerning his financial status. **Failure to file the subject supplement will result in a denial of Plaintiff's Application To Proceed Without Prepayment Of Fees.**

Signed: May 27, 2009

Frank D. Whitney
United States District Judge

2