# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Duane S. Carson,

    Plaintiff,                           JUDGMENT IN A CIVIL CASE

vs.                                              3:09-cv-207-FDW

Michael Astrue,

    Defendant.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 30, 2010 Order.

                                          Signed: September 30, 2010

*Frank G. Johns, Clerk*
*United States District Court*